| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FINAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Paskay, Alexander L. | 2. Court or Organization U.S. Bankruptcy Court | 3. Date of Report 03/02/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge -Retired as of Dec. 31, 2011 | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☐ Annual ☑ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address Sam M. Gibbons U.S. Courthouse 801 N.Florida Ave. Suite 932 Tampa, Fl. 33602-3899 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Stetson College of Law Tampa Campus Tampa Florida |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE

2012 MAR -7 P 3:19

RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Paskay, Alexander L. | 03/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 3/10-12/12 | Chairing Stetson College of Law Bankruptcy Seminar | $10,000.00 |
| 2. Spring 11 | Teaching As Adjunct Professor at Stetson College of Law at Tampa Campus Tampa, Florida. | $4,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Florida Bar Conference. Tallahassee, Floida | 06/22-23/2011 | Kissimmee, Florida | Panilist at Roundtable | Reimbursed for Hotel, Meals and Travel |
| 2. | Stetson College of Law St. Petersburg, Florida | 03/10-12/2011 | Tampa, Florida | Chaired Bankruptcy Seminar | Reimbursed for Hotel and Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paskay, Alexander L. | 03/02/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cnty FlaHillsborough Co.,FL PIRV Municipal Bonds | A | Interest | J | T | | | | | |
| 2. Bank of America, Palma Ceia Branch, Tampa Fl. IRA | A | Interest | K | T | | | | | |
| 3. Kissimmee Fl. Util. Auth Elec SYS Municipal Bonds | A | Interest | J | T | | | | | |
| 4. Broward Cnty,Fl, WTR & SWR Municipal Bonds | A | Interest | J | T | | | | | |
| 5. Village CTR CMNTY DEV DT FL UTIL Municipal Bonds | A | Interest | J | T | | | | | |
| 6. Merrill LYN PFD CAP TR V DEF Money Market | A | Interest | J | T | | | | | |
| 7. Broward Co Fl Port Facs Municipal Bonds | B | Interest | K | T | | | | | |
| 8. Martin Co Fl HLTH FACS Municipal Bonds | A | Interest | J | T | | | | | |
| 9. Miami-Dade Co Fl WTR & SWR Municipal Bonds | A | Interest | K | T | | | | | |
| 10. Dade Cnaty Fl Aviation Municipal Bonds | A | Interest | K | T | | | | | |
| 11. Orlando Fl Utils Comm Wtr-Elec RV SUB A RF OIDMunicipal Bond | A | Interest | J | T | | | | | |
| 12. Martin Co Fl HTLH FCS AT HP RV MEM MED B OID MBIA Municipal | A | Interest | J | T | | | | | |
| 13. Jacksonville Fl Elec at RV Wtr Swr Sys SR A OIDMunicipal | A | Interest | J | T | | | | | |
| 14. Lakeland Fl Elec-Wtr Rev Ser Municipal Bonds | A | Interest | K | T | | | | | |
| 15. Palm Beach Cnty Fl Land Acq. Municipal Bonds | A | Interest | | | Redeemed | 06/01/11 | J | | Merrill Lynch |
| 16. Florida St Brd Ed Cap Outlay Municipal Bonds | A | Interest | | | Redeemed | 10/10/11 | J | | Merrill Lynch |
| 17. Miami-Dade Cnty Fl.Aviat Rv Municpal Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paskay, Alexander L. | 03/02/2012 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Florida St Brd Ed Pub Ed Cap Outlay Municipal Bonds | A | Interest | J | T | | | | | |
| 53. Palm Beach Cnty Fla Pub Impt Rev Municipal Bonds | A | Interest | J | T | | | | | |
| 54. Palm Beach Cnty Fla Pub Impt Rev Municipal Bonds | A | Interest | J | T | | | | | |
| 55. Florida St Ed Sys Intl Univ Hsg Fac Rev Municipal Bonds | A | Interest | J | T | | | | | |
| 56. Blackrock Global Allocations B Mutual Funds | A | Dividend | K | T | | | | | |
| 57. Miami-Dade CNTY FL AVIATION REV INTL APRT Municiple Bonds | A | Interest | J | T | | | | | |
| 58. Miami-Dade Cnty Fla Aviation Rev`Municipal Bonds | A | Interest | J | T | | | | | |
| 59. Daytona Beach Fl Util Sys Rev AMBAC Municipal Bonds | A | Interest | J | T | | | | | |
| 60. Pembroke Pines Fla MBIA OID Municipal Bonds | A | Interest | J | T | | | | | |
| 61. Florida St Dept Transn TPK REV Municipal Bonds | A | Interest | J | T | | | | | |
| 62. Gainesville Fla Utils SysRev FSA OID Municipal Bonds | A | Interest | J | T | | | | | |
| 63. Florida St Brd Ed Lottery Rev Municipal Bonds | A | Interest | J | T | | | | | |
| 64. MIAMI-DADE FL AVIATION Municipal Bonds | A | Interest | J | T | | | | | |
| 65. tAMPA BAY WTR FL A RGL Municipal Bonds | A | Interest | J | T | | | | | |
| 66. FORT LAUDERDALE FLA WTR Municipal Bonds | A | Interest | J | T | | | | | |
| 67. FLORIDA ST BRD ED CAP Municipal Bonds | A | Interest | J | T | | | | | |
| 68. CAPE CORAL Fl WTR & SWR Municipal Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paskay, Alexander L. | 03/02/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. LEE CNTY FL SCH BRD CTFS Municipal Bonds | A | Interest | J | T | | | | | |
| 70. GULF BREEZE FL REV CAP Municipal Bonds | A | Interest | J | T | | | | | |
| 71. LAKELAND FL HSP SYS REVMunicipal Bonds | A | Interest | | | Redeemed | 08/04/11 | J | | Merrill Lynch |
| 72. TAMPA FL WTR&SWR REV Municipal Bonds | A | Interest | J | T | | | | | |
| 73. LEE CNTY FL SCH BRD CTFS Municipal Bonds | A | Interest | J | T | | | | | |
| 74. LEE CNTY FL SCH BRD CTFS Municipal Bonds | A | Interest | J | T | | | | | |
| 75. PORT ST LUCIE FL UTIL Municipal Bonds | A | Interest | J | T | | | | | |
| 76. Miami-Dade Cnty Fl Wtr&Swr Rev Municipal Bonds | A | Interest | J | T | | | | | |
| 77. Apopka Fla Util Sys Impt FGIC OID Municipal Bonds | A | Interest | J | T | | | | | |
| 78. Pinellas Cnty Fl Health Facs Auth Rev Baycare Health Municip | A | Interest | J | T | | | | | |
| 79. Brevard Cnty Fla Sch Brd Ctfs PartnMunicipal Bonds | A | Interest | J | T | | | | | |
| 80. St Lucie West Svcs Dist Fla Util Rev Municipal Bonds | A | Interest | J | T | | | | | |
| 81. Village Ctr Cmnty Dev Dist Fl Util RevMunicipal Bonds | A | Interest | J | T | | | | | |
| 82. Lake Cnty Fla Impt Rev Ambac Municipal Bonds | A | Interest | J | T | | | | | |
| 83. Jacksonville Fla Excise Taxes Rev Municipla Bonds | A | Interest | J | T | | | | | |
| 84. Miami-Dade Cnty Fla Sch Brd Ctfs Partn Municipal Bonds | A | Interest | J | T | | | | | |
| 85. Lee Cnty Fla Sch Brd Ctfs Partn Municipal Bonds | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paskay, Alexander L. | 03/02/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. South Fla Wtr Mgmt Dist Ctfs Partn Municipal Bonds | A | Interest | J | T | | | | | |
| 87. Jea Fla Elec Sys Rev Sub-Ser A Mbia Municipal Bonds | A | Interest | J | T | | | | | |
| 88. Bay Cnty Fla Wtr Sys Rev Ambac Municipal Bonds | A | Interest | J | T | | | | | |
| 89. Miami Fla Spl Oblig Street & Sidewalk Impt Municipal Bonds | A | Interest | J | T | | | | | |
| 90. Hillsborough Cnty Fla Aviation Auth Municipal Bonds | A | Interest | J | T | | | | | |
| 91. Broward Cnty Fl Sch Brd Ctfs Municipal Bonds | A | Interest | | | Redeemed | 06/14/11 | J | | Merrill Lynch |
| 92. Blackrock Global Allocation FD inc A Mutual Funds | A | Dividend | J | T | | | | | |
| 93. Palm Beach Cnty Fla Sch Brd Ctfs Municipal Bonds | A | Interest | J | T | | | | | |
| 94. Reedy Creek Impt Dist Fla Utils Municipal Bonds | A | Interest | J | T | | | | | |
| 95. Miami-Dade Cnty Fla Wtr&Swr Rev Municipal Bonds | A | Interest | J | T | | | | | |
| 96. Florida St Brd Ed Pub Ed Cap Municipal Bonds | A | Interest | J | T | | | | | |
| 97. Florida St Dept Mgmt Svcs Div/Facs Municipal Bonds | A | Interest | J | T | | | | | |
| 98. Florida St Brd Ed Pub Ed Cap Outlay Minicipal Bonds | A | Interest | J | T | | | | | |
| 99. South Fla Wta Mgmt Dist Ctfs Partn Municipal Bonds | A | Interest | J | T | | | | | |
| 100. Blackrock Global Allocation Fd Inc A Mutual Funds | A | Dividend | L | T | | | | | |
| 101. Blackrock Global Allocation Fd Inc A Mutual Funds | A | Dividend | K | T | | | | | |
| 102. Houston Tex Pub Impt Fsa Rf Ser Municipal Bonds | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paskay, Alexander L. | 03/02/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Blackrock Global Allocation FD inc AMutual Fund | A | Dividend | J | T | | | | | |
| 104. Florida St Ed Sys Intl Univ Fac Rev Municipal Bond | A | Interest | J | T | | | | | |
| 105. Florida St Mun Ln Council Rev Ser B Municipal Bond | A | Interest | K | T | | | | | |
| 106. Miami-Dade Cnty Fla Aviation Rev Minicipal Bond | A | Interest | J | T | | | | | |
| 107. Seminole Cnty Fla Wtr & Swr Rev Municipal Bond | A | Interest | J | T | | | | | |
| 108. Florida St Mun Ln Council Rev NPFG Municipal Bond | A | Interest | J | T | | | | | |
| 109. Pasco Cnty Fla Sch Brd Ctfs Partin FGIC-MBIA Re Muni Bond | A | Interest | J | T | | | | | |
| 110. Tampa Fla Occupational LicenseTax FGIC_MBIA Re Muni Bond | A | Interest | J | T | | | | | |
| 111. Jacksonville Fla Sales Tax Rev Better Jacksonville NPFG Muni | A | Interest | J | T | | | | | |
| 112. Volusia Cnty Fla Edl Fac Auth Rev Edl Facs- Stetson Univ MB | A | Interest | J | T | | | | | |
| 113. Blachrock Global Allocation Fd Inc AMutual Fund | A | Dividend | J | T | | | | | |
| 114. Florida St Mid-Bay Bridge Auth Rev Municipal Bond | A | Interest | J | T | | | | | |
| 115. Brevard Cnty Fla Sch Brd CTFS Partin MBIA_IBC Municipal Bond | A | Interest | J | T | | | | | |
| 116. Blackrock Global Allocation Fd Inc AMutual Fund | A | Interest | J | T | | | | | |
| 117. Palm Beach Cnty Fla Sch Brd CTFS Partin Municipal Bond | A | Interest | J | T | | | | | |
| 118. Orlando & Orange Cnty Expwy Auth Fla Expwy Rev Municipal Bon | A | Interest | J | T | | | | | |
| 119. Orange Cnty Fla Tourist Dev Tax Rev Municipal Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Paskay, Alexander L. | 03/02/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Miami-DadeCnty Fla EDL Facs Auth Rev U of M Municipal Bond | A | Interest | J | T | | | | | |
| 121. JEA Fla Elec SYS Rev Ser Three AGM Oid Ser A Municipal Bond | A | Interest | J | T | | | | | |
| 122. Miami-Dade Cnty Fla Aviation Rev MIA-Hub Municipal Bond | A | Interest | J | T | | | | | |
| 123. Collier Cnty Fla Cap Impt Rev NPFG RF Municipal Bond | A | Interest | J | T | | | | | |
| 124. Florida St Brd Ed Pub Ed Cap Outlay-2005 Minicipal Bond | A | Interest | J | T | | | | | |
| 125. Blackrock Global Allocation FD Inc AMutual Fund | A | Interest | J | T | | | | | |
| 126. Tampa-Hillsborough Cnty Fla Expwy Rev Municipal Bond | A | Interest | J | T | | | | | |
| 127. Florida St Brd Ed Pub Ed Cay outlay 2007 Municipal Bond | A | Interest | J | T | | | | | |
| 128. Peace River/Manasota Regl Wtr Supply Auth Municipal Bond | A | Interest | J | T | | | | | |
| 129. Pasco Cnty Fla Sch Brd CTFS Partin Municipal Bond | A | Interest | J | T | | | | | |
| 130. AT & T Inc Equity Stock | A | Dividend | J | T | | | | | |
| 131. Blackrock Global Allocation FD INC A Mutual Fund | A | Dividend | K | T | Buy | 01/27/11 | K | | Merrill Lynch |
| 132. Florida St Dept MGMT SVCS Div Facs Pool | A | Interest | J | T | Buy | 04/01/11 | J | | Merrill Lynch |
| 133. Blackrock Global Allocation Fd Inc A Mutual Fund | A | Dividend | K | T | Buy | 04/08/11 | K | | Merrill Lynch |
| 134. Palm Beach Cnty Fl Land Acquisition A OID PRF 11 | A | Interest | J | T | Buy | 04/21/11 | J | | Merrill Lynch |
| 135. Blackrock Global Allocation FD Inc A Mutual Fund | A | Dividend | K | T | Buy | 05/11/11 | K | | Merrill Lynch |
| 136. Blackrock Global Allocation FD Inc A Mutual Fund | A | Dividend | K | T | Buy | 05/25/11 | K | | Merrill Lynch |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paskay, Alexander L. | 03/02/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Blackrock GTlobal Allocation FD Inc A Mutual Fund | A | Dividend | J | T | Buy | 07/07/11 | J | | Merrill Lynch |
| 138. PPL Corporation Stock | A | Dividend | J | T | Buy | 08/12/11 | J | | Merrill Lynch |
| 139. Southern Company Stock | A | Dividend | J | T | Buy | 08/12/11 | J | | Merrill Lynch |
| 140. Florida St TPK Auth TPK Rev Transn issued | A | Interest | J | T | Buy | 08/12/11 | J | | Merrill Lynch |
| 141. Lee Cnty Fla Sch Brd CTFS Partin | A | Interest | J | T | Buy | 08/31/11 | J | | Merrill Lynch |
| 142. Florida St Brd Governors Fl Atlantic Univ HSG | A | Interest | J | T | Buy | 08/31/11 | J | | Merrill Lynch |
| 143. Tampa-Hillsborough Cnty Fla Expwy Auth Rev | A | Interest | J | T | Buy | 10/06/11 | J | | Merrill Lynch |
| 144. Florida St Mun Ln Council Rev AGM OID Ser A | A | Interest | J | T | Buy | 10/06/11 | J | | Merrill Lynch |
| 145. Miami-Dade Cnty Fla Aviation Rev AGM-CR | A | Interest | K | T | Buy | 11/02/11 | J | | Merrill Lynch |
| 146. Orlando Fla Tourist Dev Tax Rev SR-6th cent contract PMTS | A | Interest | K | T | Buy | 11/17/11 | J | | Merrill Lynch |
| 147. Miami-Dade Cnty Fla Aviation Rev Miami Intl Arpt AGM OID SER | A | Interest | J | T | Buy | 11/17/11 | J | | Merrill Lynch |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Paskay, Alexander L. | 03/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trust.

Except those investments labeled as Mutual Funds or Stock all other investments are Municipal Bonds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544